BRONX COUNTY TRUST COMPANY et al., as Administrators of the Estate of ELLEN CAMPBELL, Deceased, Appellants, *v.* FRANCES H. LAMBERTI, Respondent, Impleaded with Others.

BRONX COUNTY TRUST COMPANY et al., as Administrators of the Estate of ELLEN CAMPBELL, Deceased, Appellants, *v.* FRANCES H. LAMBERTI et al., Respondents, Impleaded with Another.

(Argued May 13, 1930; decided June 3, 1930.)

*Harry Sacher* and *Monroe Goldwater* for appellants.

*Harold R. Medina* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.